**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00655
Honorable April M. Perry

Carl Fioravanti, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2026:

MINUTE entry before the Honorable April M. Perry: The Court has reviewed the status report submitted by the parties [55], which indicates that Defendant has entered into a global plea agreement in Case 23 CR 555, which plea agreement encompasses the fraud charged in this case. The Government further has agreed that it will move to dismiss the indictment in this case after Defendant's sentencing in 23 CR 555 is completed. The parties are currently in the process of submitting restitution materials to the Court in 23 CR 555, and the final briefing deadline in that case is 11/15/2026. Accordingly, the parties are asked to submit another joint status report by 11/30/2026. The Court excludes time through 11/30/2026 pursuant to 18 U.S.C. #167; 3161(h)(7)(A) in the interests of justice to allow Defendant to resolve all of his criminal charges in one proceeding. The interest in efficient proceedings outweighs the interest of Defendant and the public in a speedy trial. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.